IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:21-CV-00011-BO

| | |
|---|---|
| LARRY SIMPSON, | ) |
| Plaintiff, | ) ) ) |
| | ) ORDER APPROVING ATTORNEY |
| KILOLO KIJAKAZI, | ) FEES PURSUANT TO 42 U.S.C. § 406(b) |
| Acting Commissioner of Social Security, | ) ) |
| Defendant. | ) |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $8,535. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,623.00 – these fees were seized under the Treasury Offset Program.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $~~8,535.00~~ $7,000.00 TWB

This 3 day of February, 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE